```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                                  Case No. 19-04360-HWV
Larry Donnell Rascoe                                                                    Chapter 13
Michelle Charlene Rascoe
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: DeborahGe              Page 1 of 3                  Date Rcvd: Dec 09, 2019
                              Form ID: ntcnfhrg            Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db/jdb         +Larry Donnell Rascoe,    Michelle Charlene Rascoe,    423 Sioux Drive,
                 Mechanicsburg, PA 17050-2594
5256468        +AMERICAN SECURITY INSURANCE CO,    PO BOX 50355,    ATLANTA, GA 30302-0355
5256469        +ARCADIA,    PO BOX 6768,   READING, PA 19610-0768
5274393         American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-0702
5256471        +BALTIMORE GAS & ELECTRIC,    CORRSPONDENCE,    PO BOX 1475,   BALTIMORE, MD 21203-1475
5256473         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,   CAMP HILL, PA 17001-8875
5256474        +CALDWELL & KEARNS,   3631 NORTH FRONT STREET,    HARRISBURG, PA 17110-1500
5256475        +CAPITAL REGION WATER,    100 PINE DRIVE,   HARRISBURG, PA 17103-1260
5256476         CBCS,    PO BOX 2589,   COLUMBUS, OH 43216-2589
5256479        +CITIZENS BANK,   ONE CITIZENS DR,    RIVERSIDE, RI 02915-3000
5256480        +CITY OF HARRISBURG,    DEPARTMENT OF ADMINSTRATION,    CITY GOVERNMENT CENTER,    10 N 2ND STREET,
                 HARRISBURG, PA 17101-1677
5256481        +COMCAST CABLE (BK Notices),    676 ISLAND POND ROAD,    MANCHESTER, NH 03109-4840
5256482        +COML ACCEPT,    PO BOX 3268,   SHIREMANSTOWN, PA 17011-3268
5256484         COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
5256486         COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAX,    DEPT 280431,
                 HARRISBURG, PA 17128-0431
5256485         COMMONWEALTH OF PA,    DEPT OF REV, BUREAU OF COMPLIANCE,    PO BOX 280947,
                 HARRISBURG, PA 17128-0947
5256487        +COMMUNITY GENERAL,    OSTEOPATHIC HOSPITAL,    4300 LONDONDERRY RD,   HARRISBURG, PA 17109-5397
5256488         COMPUTER CREDIT, INC,    CLAIM DEPT 009696,    470 W HANES MILL ROAD,    PO BOX 5238,
                 WINSTON SALEM, NC 27113-5238
5256491        +DPT ED/OSLA,    525 CENTRAL PARK DRIVE,    OKLAHOMA CITY, OK 73105-1723
5271459         Directv, LLC,   by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL   60197-5008
5256492        +EOS CCA,    700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
5256493        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
5256494        +FM OPPEL,    145 S ENOLA DRIVE,   ENOLA, PA 17025-2712
5256496        +GREAT LAKES HIGHER EDUCATION,    2401 INTERNATIONAL DRIVE,    MADISON, WI 53704-3192
5256497        +HAMILTON LAW GROUP,    TROXELL PROFESSIONAL PLZ,    PO BOX 90301,   ALLENTOWN, PA 18109-0301
5256498        +HOLY SPIRIT HOSPITAL,    503 N 21ST STREET,    CAMP HILL, PA 17011-2288
5256499        +HUMANA INSURANCE COMPANY,    PO BOX 769649,    ROSWELL, GA 30076-8225
5256500        +IC SYSTEM,    PO BOX 64378,   SAINT PAUL, MN 55164-0378
5256502         IRHYTHM TECHNOLOGIES INC,    DEPT CH 19717,    PALATINE, IL 60055-0001
5256504        +JOHNSON ELEVATOR INSPECTION SERVICE,    ANDREW JOHNSON,    2293 N COLEBROOK ROAD,
                 MANHEIM, PA 17545-9429
5256505        +KANTOR & TKATCH ASSOC,    205 S FRONT ST,   HARRISBURG, PA 17104-1619
5256507        +KRAFT & KRAFT PC,    3200 PENROSE FERRY ROAD,    PHILADELPHIA, PA 19145-5500
5256508        +LAGUNA REYES MALONEY, LLP,    1119 N FRONT STREET,    HARRISBURG, PA 17102-3318
5256509        +LEHMAN PROPERTIES,    2740 PENNBROOK AVENUE,    HARRISBURG, PA 17103-1833
5256510        +MCCABE WEISBERG & CONWAY PC,    ATTN: MARGARET GAIRO,    123 SOUTH BROAD ST, STE 2080,
                 PHILADELPHIA PA 19109-1031
5256511         MERCANTILE ADJUSTMENT BUREAU,    PO BOX 9054,    BUFFALO, NY 14231-9054
5256514        +MULTIFLOW INDUSTRIES LP,    1434 COUNTY LINE ROAD,    HUNTINGDON VALLEY, PA 19006-1891
5256516        +PA TURNPIKE COMMISSION,    VIOLATION PROCESSING CENTER,    300 EAST PARK DRIVE,
                 HARRISBURG, PA 17111-2729
5256517        +PARKER McCAY, P.A.,    9000 MIDATLANTIC DRIVE STE 300,    PO BOX 5054,
                 MOUNT LAUREL, NJ 08054-5054
5256519         PENN STATE HEALTH HMC,    ATTN: PATIENT FINANCIAL SERVICES,    MC A410 PO BOX 853,
                 HERSHEY, PA 17033
5256520        +PENN WASTE INC,    PO BOX 3066,   85 BRICKYARD ROAD,    YORK, PA 17402-0066
5256521        +PINNACLE HEALTH EMERGENCY,    6880 W SNOWVILLE ROAD,    SUITE 210,   BRECKSVILLE, OH 44141-3255
5256522         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,   ALLENTOWN PA 18104-9392
5256523        +PROFESSIONAL ACCOUNT MGMT,    PO BOX 1153,    MILWAUKEE, WI 53201-1153
5275252        +Penn Waste Inc,    PO Box 3066,   York, PA 17402-0066
5256524         QUANTUM IMAGING & THERAPEUTIC ASSOCS,    PO BOX 62165,    BALTIMORE, MD 21264-2165
5256525        +RICHARD P FOCHT, ESQ,    SCHOFFSTALL & FOCHT, PC,    2987 CORPORATE COURT, STE 200,
                 OREFIELD, PA 18069-3161
5256526        +RUSHMORE SERVICE CENTER,    PO BOX 5507,    SIOUX FALLS, SD 57117-5507
5256527         SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,    PO BOX 560284,   DALLAS, TX 75356-0284
5256529        +SPECIALIZED LOAN SERVICING LLC,    ATT BANKRUPTCY DEPARTMENT,    8742 LUCENT BLVD SUITE 300,
                 HIGHLANDS RANCH, CO 80129-2386
5256531        +STATE COLLS,    2509 S STOUGHTON ROAD,    MADISON, WI 53716-3314
5256532        +STORAGE DEPOT NORTHEAST INC,    6325 ALLENTOWN BLVD,    HARRISBURG, PA 17112-3302
5256533        +SUEZ HOME SERVER,    7134 LEE HIGHWAY,   CHATTANOOGA, TN 37421-1732
5256534         SUSQUEHANNA TWP AUTH,    1900 LINGLESTOWN RD,    HARRISBURG, PA 17110-3301
5256535        +TORRES CREDIT SERVICES,    27 FAIRVIEW ST,    PO BOX 189,   CARLISLE, PA 17013-0189
5256536       ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,   READING PA 19612-3009
                (address filed with court: UGI CORP,    225 MORGANTOWN RD,    READING, PA 19611)
5256537        +UNION DEPOSIT ANESTHESIA, PC,    PO BOX 4912,    LANCASTER, PA 17604-4912
5256538        +UNITED WATER PENNSYLVANIA,    8189 ADAMS DRIVE,    HUMMELSTOWN, PA 17036-8036
5256539        +UPMC PINNACLE HEALTH HOSPITALS,    PO BOX 2353,    HARRISBURG, PA 17105-2353
```

```
District/off: 0314-1          User: DeborahGe           Page 2 of 3           Date Rcvd: Dec 09, 2019
                              Form ID: ntcnfhrg         Total Noticed: 80
```

```
5256540        +USDOE/GLELSI,    2401 INTERNATIONAL,    MADISON, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5256464        +E-mail/Text: bankruptcy@rentacenter.com Dec 09 2019 19:52:13      ACCEPTANCE NOW,
                 5501 HEADQUARTERS DRIVE,    PLANO, TX 75024-5837
5256465         E-mail/Text: rperez@arcadiarecovery.com Dec 09 2019 19:51:48      ACCOUNT RECOVERY BUREAU INC,
                 645 PENN STREET, STE 400,    READING, PA 19601-3559
5256466        +E-mail/Text: bkrpt@retrievalmasters.com Dec 09 2019 19:51:39      AMCA,
                 2269 S SAW MILL RIVER ROAD,    BUILDING 3,    ELMSFORD, NY 10523-3848
5256467        +E-mail/Text: agency@americanfirstfinance.com Dec 09 2019 19:52:06      AMERICAN FIRST FINANCE,
                 CORPORATE ADDRESS,    3515 N RIDGE RD #200,    WICHITA, KS 67205-1206
5256470        +E-mail/Text: g20956@att.com Dec 09 2019 19:52:03      AT&T MOBILITY,
                 15901 E SKELLY DRIVE (PHILA),    TULSA, OK 74116-2809
5256472         E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 09 2019 19:52:19
                 BERKS CREDIT & COLLECTIONS INC,    PO BOX 329,    TEMPLE, PA 19560-0329
5256478        +E-mail/Text: dehartstaff@pamd13trustee.com Dec 09 2019 19:52:01      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5256483         E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Dec 09 2019 19:52:15      COMM OF PA DEPT L&I,
                 READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,    READING, PA 19602-1152
5256489        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 09 2019 19:52:10      CREDIT COLL,
                 PO BOX 9134,    NEEDHAM, MA 02494-9134
5256490         E-mail/PDF: creditonebknotifications@resurgent.com Dec 09 2019 19:54:31      CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5271459         E-mail/Text: G06041@att.com Dec 09 2019 19:51:58      Directv, LLC,
                 by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5256495         E-mail/Text: Banko@frontlineas.com Dec 09 2019 19:52:17      FRONTLINE ASSET STRATEGIES,
                 2700 SNELLING AVENUE NORTH, STE 250,    ROSEVILLE, MN 55113-1783
5256501         E-mail/Text: cio.bncmail@irs.gov Dec 09 2019 19:51:11      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5256512        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 09 2019 19:51:39      MIDLAND FUNDING LLC,
                 2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
5256513         E-mail/Text: mmrgbk@miramedrg.com Dec 09 2019 19:51:42      MIRAMEDREVGRP,    BANKRUPTCY NOTICES,
                 360 E 22ND STREET,    LOMBARD, IL 60148-4924
5277170        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 09 2019 19:51:39      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5256515        +E-mail/Text: Bankruptcies@nragroup.com Dec 09 2019 19:52:16      NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5272499         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2019 19:51:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
5277976        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 09 2019 19:51:51      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5256541         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 09 2019 19:50:25
                 VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
5277365         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2019 19:54:35      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5256506         KAPLAN /3251 BUTLER STREET LLC,    RETURNED MAIL,    NO ADDRESS
5256503*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5256477       ##+CHAD C FEUCHT,    730 INDIANA AVENUE,    LEMOYNE, PA 17043-1567
5256518       ##+PENN CREDIT CORP,    916 S 14TH STREET,    HARRISBURG, PA 17104-3425
5256528       ##+SIMPLEX GRINNELL,    4700 WESTPORT DRIVE #1800,    MECHANICSBURG, PA 17055-6800
5256530       ##+SPIRIT PHYSICIAN SERVICES,    205 GRANDVIEW AVE,    SUITE 210,    CAMP HILL, PA 17011-1708
                                                                                   TOTALS: 1, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                    Signature:  /s/Joseph Speetjens

Case 1:19-bk-04360-HWV    Doc 23    Filed 12/11/19    Entered 12/12/19 00:42:09    Desc
Imaged Certificate of Notice    Page 2 of 4

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Larry Donnell Rascoe DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Et Al... bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Larry Donnell Rascoe karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Debtor 2 Michelle Charlene Rascoe karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Larry Donnell Rascoe,
aka Larry Donnell Rascoe Sr,

**Debtor 1**

Michelle Charlene Rascoe,
aka Michelle Rascoe,

**Debtor 2**

Chapter 13

Case No. 1:19−bk−04360−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 22, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 9, 2019 |

ntcnfhrg (03/18)