```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 19-04360-HWV
Larry Donnell Rascoe                                                    Chapter 13
Michelle Charlene Rascoe
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: DeborahGe              Page 1 of 3              Date Rcvd: Dec 09, 2019
                              Form ID: pdf002              Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db/jdb         +Larry Donnell Rascoe,    Michelle Charlene Rascoe,    423 Sioux Drive,
                 Mechanicsburg, PA 17050-2594
5256468        +AMERICAN SECURITY INSURANCE CO,    PO BOX 50355,    ATLANTA, GA 30302-0355
5256469        +ARCADIA,    PO BOX 6768,    READING, PA 19610-0768
5274393         American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
5256471        +BALTIMORE GAS & ELECTRIC,    CORRSPONDENCE,    PO BOX 1475,    BALTIMORE, MD 21203-1475
5256473         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5256474        +CALDWELL & KEARNS,    3631 NORTH FRONT STREET,    HARRISBURG, PA 17110-1500
5256475        +CAPITAL REGION WATER,    100 PINE DRIVE,    HARRISBURG, PA 17103-1260
5256476         CBCS,    PO BOX 2589,    COLUMBUS, OH 43216-2589
5256479        +CITIZENS BANK,    ONE CITIZENS DR,    RIVERSIDE, RI 02915-3000
5256480        +CITY OF HARRISBURG,    DEPARTMENT OF ADMINSTRATION,    CITY GOVERNMENT CENTER,    10 N 2ND STREET,
                 HARRISBURG, PA 17101-1677
5256481        +COMCAST CABLE (BK Notices),    676 ISLAND POND ROAD,    MANCHESTER, NH 03109-4840
5256482        +COML ACCEPT,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
5256484         COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
5256486         COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAX,    DEPT 280431,
                 HARRISBURG, PA 17128-0431
5256485         COMMONWEALTH OF PA,    DEPT OF REV, BUREAU OF COMPLIANCE,    PO BOX 280947,
                 HARRISBURG, PA 17128-0947
5256487        +COMMUNITY GENERAL,    OSTEOPATHIC HOSPITAL,    4300 LONDONDERRY RD,    HARRISBURG, PA 17109-5397
5256488         COMPUTER CREDIT, INC,    CLAIM DEPT 009696,    470 W HANES MILL ROAD,    PO BOX 5238,
                 WINSTON SALEM, NC 27113-5238
5256491        +DPT ED/OSLA,    525 CENTRAL PARK DRIVE,    OKLAHOMA CITY, OK 73105-1723
5271459         Directv, LLC,    by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5256492        +EOS CCA,    700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
5256493        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
5256494        +FM OPPEL,    145 S ENOLA DRIVE,    ENOLA, PA 17025-2712
5256496        +GREAT LAKES HIGHER EDUCATION,    2401 INTERNATIONAL DRIVE,    MADISON, WI 53704-3192
5256497        +HAMILTON LAW GROUP,    TROXELL PROFESSIONAL PLZ,    PO BOX 90301,    ALLENTOWN, PA 18109-0301
5256498        +HOLY SPIRIT HOSPITAL,    503 N 21ST STREET,    CAMP HILL, PA 17011-2288
5256499        +HUMANA INSURANCE COMPANY,    PO BOX 769649,    ROSWELL, GA 30076-8225
5256500        +IC SYSTEM,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
5256502         IRHYTHM TECHNOLOGIES INC,    DEPT CH 19717,    PALATINE, IL 60055-0001
5256504        +JOHNSON ELEVATOR INSPECTION SERVICE,    ANDREW JOHNSON,    2293 N COLEBROOK ROAD,
                 MANHEIM, PA 17545-9429
5256505        +KANTOR & TKATCH ASSOC,    205 S FRONT ST,    HARRISBURG, PA 17104-1619
5256507        +KRAFT & KRAFT PC,    3200 PENROSE FERRY ROAD,    PHILADELPHIA, PA 19145-5500
5256508        +LAGUNA REYES MALONEY, LLP,    1119 N FRONT STREET,    HARRISBURG, PA 17102-3318
5256509        +LEHMAN PROPERTIES,    2740 PENNBROOK AVENUE,    HARRISBURG, PA 17103-1833
5256510        +MCCABE WEISBERG & CONWAY PC,    ATTN: MARGARET GAIRO,    123 SOUTH BROAD ST, STE 2080,
                 PHILADELPHIA PA 19109-1031
5256511         MERCANTILE ADJUSTMENT BUREAU,    PO BOX 9054,    BUFFALO, NY 14231-9054
5256514        +MULTIFLOW INDUSTRIES LP,    1434 COUNTY LINE ROAD,    HUNTINGDON VALLEY, PA 19006-1891
5256516        +PA TURNPIKE COMMISSION,    VIOLATION PROCESSING CENTER,    300 EAST PARK DRIVE,
                 HARRISBURG, PA 17111-2729
5256517        +PARKER McCAY, P.A.,    9000 MIDATLANTIC DRIVE STE 300,    PO BOX 5054,
                 MOUNT LAUREL, NJ 08054-5054
5256519         PENN STATE HEALTH HMC,    ATTN: PATIENT FINANCIAL SERVICES,    MC A410 PO BOX 853,
                 HERSHEY, PA 17033
5256520        +PENN WASTE INC,    PO BOX 3066,    85 BRICKYARD ROAD,    YORK, PA 17402-0066
5256521        +PINNACLE HEALTH EMERGENCY,    6880 W SNOWVILLE ROAD,    SUITE 210,    BRECKSVILLE, OH 44141-3255
5256522         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
5256523        +PROFESSIONAL ACCOUNT MGMT,    PO BOX 1153,    MILWAUKEE, WI 53201-1153
5275252        +Penn Waste Inc,    PO Box 3066,    York, PA 17402-0066
5256524         QUANTUM IMAGING & THERAPEUTIC ASSOCS,    PO BOX 62165,    BALTIMORE, MD 21264-2165
5256525        +RICHARD P FOCHT, ESQ,    SCHOFFSTALL & FOCHT, PC,    2987 CORPORATE COURT, STE 200,
                 OREFIELD, PA 18069-3161
5256526        +RUSHMORE SERVICE CENTER,    PO BOX 5507,    SIOUX FALLS, SD 57117-5507
5256527         SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,    PO BOX 560284,    DALLAS, TX 75356-0284
5256529        +SPECIALIZED LOAN SERVICING LLC,    ATT BANKRUPTCY DEPARTMENT,    8742 LUCENT BLVD SUITE 300,
                 HIGHLANDS RANCH, CO 80129-2386
5256531        +STATE COLLS,    2509 S STOUGHTON ROAD,    MADISON, WI 53716-3314
5256532        +STORAGE DEPOT NORTHEAST INC,    6325 ALLENTOWN BLVD,    HARRISBURG, PA 17112-3302
5256533        +SUEZ HOME SERVER,    7134 LEE HIGHWAY,    CHATTANOOGA, TN 37421-1732
5256534         SUSQUEHANNA TWP AUTH,    1900 LINGLESTOWN RD,    HARRISBURG, PA 17110-3301
5256535        +TORRES CREDIT SERVICES,    27 FAIRVIEW ST,    PO BOX 189,    CARLISLE, PA 17013-0189
5256536       ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
                 (address filed with court: UGI CORP,    225 MORGANTOWN RD,    READING, PA 19611)
5256537        +UNION DEPOSIT ANESTHESIA, PC,    PO BOX 4912,    LANCASTER, PA 17604-4912
5256538        +UNITED WATER PENNSYLVANIA,    8189 ADAMS DRIVE,    HUMMELSTOWN, PA 17036-8036
5256539        +UPMC PINNACLE HEALTH HOSPITALS,    PO BOX 2353,    HARRISBURG, PA 17105-2353
```

```
5256540        +USDOE/GLELSI,   2401 INTERNATIONAL,    MADISON, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5256464        +E-mail/Text: bankruptcy@rentacenter.com Dec 09 2019 19:52:13      ACCEPTANCE NOW,
                 5501 HEADQUARTERS DRIVE,    PLANO, TX 75024-5837
5256465         E-mail/Text: rperez@arcadiarecovery.com Dec 09 2019 19:51:48      ACCOUNT RECOVERY BUREAU INC,
                 645 PENN STREET, STE 400,    READING, PA 19601-3559
5256466        +E-mail/Text: bkrpt@retrievalmasters.com Dec 09 2019 19:51:39      AMCA,
                 2269 S SAW MILL RIVER ROAD,    BUILDING 3,    ELMSFORD, NY 10523-3848
5256467        +E-mail/Text: agency@americanfirstfinance.com Dec 09 2019 19:52:06      AMERICAN FIRST FINANCE,
                 CORPORATE ADDRESS,    3515 N RIDGE RD #200,    WICHITA, KS 67205-1206
5256470        +E-mail/Text: g20956@att.com Dec 09 2019 19:52:03      AT&T MOBILITY,
                 15901 E SKELLY DRIVE (PHILA),    TULSA, OK 74116-2809
5256472         E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 09 2019 19:52:19
                 BERKS CREDIT & COLLECTIONS INC,    PO BOX 329,    TEMPLE, PA 19560-0329
5256478        +E-mail/Text: dehartstaff@pamd13trustee.com Dec 09 2019 19:52:01      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5256483         E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Dec 09 2019 19:52:15      COMM OF PA DEPT L&I,
                 READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,    READING, PA 19602-1152
5256489        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 09 2019 19:52:10      CREDIT COLL,
                 PO BOX 9134,    NEEDHAM, MA 02494-9134
5256490         E-mail/PDF: creditonebknotifications@resurgent.com Dec 09 2019 19:54:32      CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5271459         E-mail/Text: G06041@att.com Dec 09 2019 19:51:57      Directv, LLC,
                 by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5256495         E-mail/Text: Banko@frontlineas.com Dec 09 2019 19:52:17      FRONTLINE ASSET STRATEGIES,
                 2700 SNELLING AVENUE NORTH, STE 250,    ROSEVILLE, MN 55113-1783
5256501         E-mail/Text: cio.bncmail@irs.gov Dec 09 2019 19:51:10      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5256512        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 09 2019 19:51:39      MIDLAND FUNDING LLC,
                 2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
5256513         E-mail/Text: mmrgbk@miramedrg.com Dec 09 2019 19:51:42      MIRAMEDREVGRP,   BANKRUPTCY NOTICES,
                 360 E 22ND STREET,    LOMBARD, IL 60148-4924
5277170        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 09 2019 19:51:39      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5256515        +E-mail/Text: Bankruptcies@nragroup.com Dec 09 2019 19:52:16      NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5272499         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2019 19:51:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
5277976        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 09 2019 19:51:51      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5256541         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 09 2019 19:50:24
                 VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
5277365         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2019 19:55:22      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5256506         KAPLAN /3251 BUTLER STREET LLC,    RETURNED MAIL,   NO ADDRESS
5256503*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5256477       ##+CHAD C FEUCHT,    730 INDIANA AVENUE,    LEMOYNE, PA 17043-1567
5256518       ##+PENN CREDIT CORP,    916 S 14TH STREET,    HARRISBURG, PA 17104-3425
5256528       ##+SIMPLEX GRINNELL,    4700 WESTPORT DRIVE #1800,    MECHANICSBURG, PA 17055-6800
5256530       ##+SPIRIT PHYSICIAN SERVICES,    205 GRANDVIEW AVE,    SUITE 210,    CAMP HILL, PA 17011-1708
                                                                                              TOTALS: 1, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                     Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
Dorothy L Mott    on behalf of Debtor 1 Larry Donnell Rascoe DorieMott@aol.com,
 KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
 as Trustee for the certificateholders of the CWABS, Et Al... bkgroup@kmllawgroup.com
Kara Katherine Gendron    on behalf of Debtor 1 Larry Donnell Rascoe karagendronecf@gmail.com,
 doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
Kara Katherine Gendron    on behalf of Debtor 2 Michelle Charlene Rascoe karagendronecf@gmail.com,
 doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 6
```

LOCAL BANKRUPTCY FORM 3015-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| LARRY DONNELL RASCOE : | |
| aka Larry Donnell Rascoe, Sr : | CASE NO. 1:19-bk-04360 |
| MICHELLE CHARLENE RASCOE : | |
| aka Michelle Rascoe : | ☒ ORIGINAL PLAN |
| Debtors : | |
| : | ☐ AMENDED PLAN (indicate 1ST, 2ND, 3RD, etc.) |
| : | |
| : | ☐ 0 Number of Motions to Avoid Liens |
| : | |
| : | ☒ 1 Number of Motions to Value Collateral |

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☒ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☒ 1 Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ 0 Included | ☒ Not Included |

### YOUR RIGHTS WILL BE AFFECTED
READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

A. **Plan Payments From Future Income**
 1. To date, the Debtor paid $ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $13,500.00, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 11/2019 | 10/2024 | $225.00 x 60 months | $ | | $13,500.00 |
| | | $ | $ | | $ |
| | | $ | $ | | $ |
| | | | | Total Payments | $13,500 |

 2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.
 3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.
 4. CHECK ONE: ☒ Debtor is at or under median income. If this line is checked, the rest of § 1.A.4 need not be completed or reproduced. .

B. **Additional Plan Funding From Liquidation of Assets/Other**
 1. The Debtor estimates that the liquidation value of this estate is $0. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

Check one of the following two lines.
☐ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.
☒ Certain assets will be liquidated as follows:
 2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $ from the sale of property known and designated as _____ _____. All sales shall be completed by _____, 20____. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____.
 3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: Non-exempt proceeds, if any, from claim re loss of license, defamation, fraud, false documentation, etc.

**2. SECURED CLAIMS**
 A. **Pre-Confirmation Distributions**. *Check one*.
 ☒ None. If "None" is checked, the rest of § 2.A need not be completed or reproduced.

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor**. *Check one*.
☐ None. If "None" is checked, the rest of § 2.B need not be completed or reproduced. \

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| SANTANDER CONSUMER USA | 2015 Nissan Altima 4d (approx. 20,000 miles) | |
| SPECIALIZED LOAN SERVICING LLC | 1813 Appletree Rd, Harrisburg, PA 17110 | 2646 |
| SUSQUEHANNA TWP AUTHORITY | 1813 Appletree Rd, Harrisburg, PA 17110 | |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*
☐ None. If "None" is checked, the rest of § 2.C need not be completed or reproduced.

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| SANTANDER CONSUMER USA | 2015 Nissan Altima 4d (approx. 20,000 miles) | Per allowed proof of claim $1,200.00 estimated | | Per allowed proof of claim |
| SPECIALIZED LOAN SERVICING LLC | 1813 Appletree Rd, Harrisburg, PA 17110 | Per allowed proof of claim $8,000.00 estimated | | Arrears to be cured through loan mod within 6 months of confirmation or stay will lift |
| SUSQUEHANNA TWP AUTHORITY | 1813 Appletree Rd, Harrisburg, PA 17110 | Per allowed proof of claim $673.86 estimated | | Per allowed proof of claim |

**D. Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
☒ None. If "None" is checked, the rest of § 2.D need not be completed or reproduced.

☐ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| COMMONWEALTH OF PA | Personal property | | | Payment of allowed secured claim through plan. |

**E. Secured claims for which a § 506 valuation is applicable**. *Check one*.
☒ None. If "None" is checked, the rest of § 2.E need not be completed or reproduced.

**F. Surrender of Collateral**. *Check one.*
☒ None. If "None" is checked, the rest of § 2.F need not be completed or reproduced.

**G. Lien Avoidance. Do not use for mortgages or for statutory liens, such as tax liens**. *Check one.*
☒ None. If "None" is checked, the rest of § 2.G need not be completed or reproduced.

**3. PRIORITY CLAIMS.**
 **A. Administrative Claims**

  1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.
  2. Attorney's fees. Complete only one of the following options:
   a. In addition to the retainer of $0.00 already paid by the Debtor, the amount of $4,000.00 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or
   b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation

shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*
☒ None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

**B. <u>Priority Claims (including, certain Domestic Support Obligations</u>**
Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| **COMMONWEALTH OF PA** | **$238.25** |
| **IRS CENTRALIZED INSOLVENCY ORGANIZATION** | **$341.22** |

C. **<u>Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).</u>** *Check one of the following two lines.*
☒ If "None" is checked, the rest of § 3.C need not be completed or reproduced.

**4. UNSECURED CLAIMS**
A. **<u>Claims of Unsecured Nonpriority Creditors Specially Classified</u>**. *Check one of the following two lines.*
☒ None. If "None" is checked, the rest of § 4.A need not be completed or reproduced.
B. **All remaining allowed unsecured claims shall receive a pro-rata distribution of any funds remaining after payment of the other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**. *Check one of the following two lines.*
☐ None. If "None" is checked, the rest of § 5 need not be completed or reproduced.

☒ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume/ Reject |
|---|---|---|---|---|---|---|
| **CHAD C FEUCHT** | **Lease of 3108 Harvard Ave Camp Hill** | $800.00 | % | $ | | Assumed |
| **KAPLAN /3251 BUTLER STREET LLC** | **Sales agreement for 3251 Butler St, Harrisburg, PA** | $ | % | $ | | Rejected |

**6. VESTING OF PROPERTY OF THE ESTATE**.
**Property of the estate will vest in the Debtor upon**
*Check the applicable line:*
☐ plan confirmation.
☐ entry of discharge.
☒ closing of case:

**7. DISCHARGE**: (Check one)
☒ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION**:

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Secured claims, pro rata.
Level 5: Priority claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: General unsecured claims.
Level 8: Untimely filed unsecured claims to which the debtor has not objected.

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

(1) Claim amounts: The amounts of the claims listed in the plan and schedules are estimated amounts and are not admissions by the Debtors as to the amount(s) owed.

(2) Property surrendered under Section 2 F. shall be surrendered in full satisfaction of creditors' claims.

(3) Lien Releases.

(a) Personal Property: Upon the satisfaction, completion of cramdown payment, or other discharge of a security interest in a motor vehicle, mobile home, or in any other personal property of this estate in bankruptcy for which ownership is evidenced by a certificate of title, the secured party shall within thirty (30) days after the entry of the discharge order or demand execute a release of its security interest on the said title or certificate, and mail or deliver the certificate or title and release to the Debtor or to the attorney for the Debtor. Confirmation of this plan shall impose an affirmative and direct duty on each such secured party to comply with this provision.

(b) Real Property: Upon the, completion of cramdown payment, strip off, or other discharge of a security interest in real property, the secured party shall within sixty (60) days after the entry of the discharge order file a satisfaction piece or release of its security interest in the office of the Recorder of Deeds for the county in which the real estate is located. Confirmation of this plan shall impose an affirmative and direct duty on each such secured party to comply with this provision.

(4) Confirmation of this Plan shall not bar the Debtor from:

(a) filing objections to any claims;

(b) amending his schedules to add a creditor who was omitted from his schedules and to amend this Plan to provide for the treatment of such creditor or any other creditor who failed to timely file a proof of claim;

(c) seeking to avoid a lien under Section 522 of the Code or seeking the determination of the extent, validity and/or priority of any liens;

(d) seeking a determination as to the dischargeability of any debt; or

(e) selling any asset of his free and clear of liens and encumbrances.

.

/s/ Dorothy L. Mott, /s/ Kara K. Gendron
_____
Dorothy L. Mott, Kara K. Gendron
Attorneys for Debtor(s)


 /s/  Larry Donnell Rascoe
Debtor


/s/   Michelle Charlene Rascoe
Joint Debtor


By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9