**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **LARRY DONNELL RASCOE** | : | |
| aka Larry Donnell Rascoe, Sr | : | **CASE NO. 1:19-bk-04360** |
| **MICHELLE CHARLENE RASCOE** | : | |
| | : | |
| aka Michelle Rascoe | : | |
| Debtor(s) | : | |
| | : | |
| **SANTANDER CONSUMER USA** | : | |
| Movant | : | |
| | : | |
| **LARRY DONNELL RASCOE** | : | |
| aka Larry Donnell Rascoe, Sr | : | |
| **MICHELLE CHARLENE RASCOE** | : | |
| | : | |
| aka Michelle Rascoe | | |
| Respondent(s) | | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1.   Admitted.

2.   Admitted.

3.   Admitted.

4.   Proof of value of collateral is demanded at trial and this paragraph is therefore denied.

5.   Denied. Debtors intend to cure the arrearages within a reasonable time.


        WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief

filed by the Movant and grant such other relief as this Court deems just.


                                    Respectfully submitted,


                                    /s/ Kara K. Gendron
                                    Kara K. Gendron, Esquire
                                    Attorney ID 87577
                                    Mott & Gendron Law
                                    125 State Street
                                    Harrisburg, PA 17101
                                    (717) 232–6650 TEL