IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LARRY DONNELL RASCOE | ) Chapter 13 |
| MICHELLE CHARLENE RASCOE | ) |
| **Debtor(s)** | ) Case No.: 1:19-bk-04360-(HWV) |
| | ) |
| | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 5, 2021, I served a copy of the Request To Re-List Matter For Hearing to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtors | Regular Mail |
| Larry and Michelle Rascoe | |
| 423 Sioux Drive | |
| Mechanicsburg, PA 17050 | |

The following parties were served with the Request via electronic means on January 5, 2021:

| Debtors' Attorney | Trustee |
|---|---|
| Kara Katherine Gendron, Esq. | Charles J. DeHart, III |
| Mott & Gendron Law | Chapter 13 Trustee |
| 125 State Street | 8125 Adams Drive, Suite A |
| Harrisburg, PA 17101 | Hummelstown, PA 17036 |

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date: 1/5/21

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania