UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LARRY DONNELL RASCOE and<br>MICHELLE CHARLENE RASCOE<br>   Debtor(s) | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>   Movant | : | |
| vs. | : | |
| LARRY DONNELL RASCOE and<br>MICHELLE CHARLENE RASCOE<br>   Respondent(s) | : | CASE NO.   1-19-bk-04360 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this   24th   day of January, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about January 5, 2022 be withdrawn as all issues have been resolved.

    Respectfully submitted:

    /s/Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   24th   day of January, 2022, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

    /s/Deborah A. Behney
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee