Certificate Number: 06531-PAM-DE-039288016

Bankruptcy Case Number: 19-04360


06531-PAM-DE-039288016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2025, at 2:31 o'clock PM CST, Larry Rascoe Sr completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 29, 2025

By: /s/Connie Krosch

Name: Connie Krosch

Title: Certified Credit Counselor