Certificate Number: 06531-PAM-DE-039288018

Bankruptcy Case Number: 19-04360


06531-PAM-DE-039288018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 29, 2025</u>, at <u>2:31</u> o'clock <u>PM CST</u>, <u>Michelle Rascoe</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>January 29, 2025</u>   By:  <u>/s/Connie Krosch</u>

Name:  <u>Connie Krosch</u>

Title:  <u>Certified Credit Counselor</u>