United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04360-HWV |
| Larry Donnell Rascoe | Chapter 13 |
| Michelle Charlene Rascoe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5
Date Rcvd: Jan 30, 2025      Form ID: 3180W      Total Noticed: 94

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry Donnell Rascoe, 423 Sioux Drive, Mechanicsburg, PA 17050-2594 |
| jdb | + | Michelle Charlene Rascoe, 423 Sioux Drive, Mechanicsburg, PA 17050-2594 |
| cr | + | The Bank of New York Mellon FKA The Bank of New Yo, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 5256466 | + | AMCA, 2269 S SAW MILL RIVER ROAD, BUILDING 3, ELMSFORD, NY 10523-3848 |
| 5256468 | + | AMERICAN SECURITY INSURANCE CO, PO BOX 50355, ATLANTA, GA 30302-0355 |
| 5256474 | + | CALDWELL & KEARNS, 3631 NORTH FRONT STREET, HARRISBURG, PA 17110-1500 |
| 5256475 | ++ | CAPITAL REGION WATER, ATTN AR MANAGER, 3003 N FRONT STREET, HARRISBURG PA 17110-1224 address filed with court:, CAPITAL REGION WATER, 100 PINE DRIVE, HARRISBURG, PA 17103 |
| 5256477 | + | CHAD C FEUCHT, 730 INDIANA AVENUE, LEMOYNE, PA 17043-1567 |
| 5256480 | + | CITY OF HARRISBURG, DEPARTMENT OF ADMINSTRATION, CITY GOVERNMENT CENTER, 10 N 2ND STREET, HARRISBURG, PA 17101-1677 |
| 5256482 | + | COML ACCEPT, PO BOX 3268, SHIREMANSTOWN, PA 17011-3268 |
| 5256484 | | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17121-0946 |
| 5256485 | | COMMONWEALTH OF PA, DEPT OF REV, BUREAU OF COMPLIANCE, PO BOX 280947, HARRISBURG, PA 17128-0947 |
| 5256486 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAX, DEPT 280431, HARRISBURG, PA 17128-0431 |
| 5256487 | + | COMMUNITY GENERAL, OSTEOPATHIC HOSPITAL, 4300 LONDONDERRY RD, HARRISBURG, PA 17109-5397 |
| 5256494 | + | FM OPPEL, 145 S ENOLA DRIVE, ENOLA, PA 17025-2712 |
| 5256497 | + | HAMILTON LAW GROUP, TROXELL PROFESSIONAL PLZ, PO BOX 90301, ALLENTOWN, PA 18109-0301 |
| 5256498 | + | HOLY SPIRIT HOSPITAL, 503 N 21ST STREET, CAMP HILL, PA 17011-2288 |
| 5256499 | + | HUMANA INSURANCE COMPANY, PO BOX 769649, ROSWELL, GA 30076-8225 |
| 5256502 | + | IRHYTHM TECHNOLOGIES INC, DEPT CH 19717, PALATINE, IL 60055-0001 |
| 5256504 | + | JOHNSON ELEVATOR INSPECTION SERVICE, ANDREW JOHNSON, 2293 N COLEBROOK ROAD, MANHEIM, PA 17545-9429 |
| 5256505 | + | KANTOR & TKATCH ASSOC, 205 S FRONT ST, HARRISBURG, PA 17104-1619 |
| 5256507 | + | KRAFT & KRAFT PC, 3200 PENROSE FERRY ROAD, PHILADELPHIA, PA 19145-5500 |
| 5256508 | + | LAGUNA REYES MALONEY, LLP, 1119 N FRONT STREET, HARRISBURG, PA 17102-3318 |
| 5256509 | + | LEHMAN PROPERTIES, 2740 PENNBROOK AVENUE, HARRISBURG, PA 17103-1833 |
| 5256510 | + | MCCABE WEISBERG & CONWAY PC, ATTN: MARGARET GAIRO, 123 SOUTH BROAD ST, STE 2080, PHILADELPHIA PA 19109-1031 |
| 5256511 | | MERCANTILE ADJUSTMENT BUREAU, PO BOX 9054, BUFFALO, NY 14231-9054 |
| 5256514 | + | MULTIFLOW INDUSTRIES LP, 1434 COUNTY LINE ROAD, HUNTINGDON VALLEY, PA 19006-1891 |
| 5256519 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5256520 | + | PENN WASTE INC, PO BOX 3066, 85 BRICKYARD ROAD, YORK, PA 17402-0066 |
| 5256521 | + | PINNACLE HEALTH EMERGENCY, 6880 W SNOWVILLE ROAD, SUITE 210, BRECKSVILLE, OH 44141-3255 |
| 5256523 | + | PROFESSIONAL ACCOUNT MGMT, PO BOX 1153, MILWAUKEE, WI 53201-1153 |
| 5275252 | + | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5256524 | | QUANTUM IMAGING & THERAPEUTIC ASSOCS, PO BOX 62165, BALTIMORE, MD 21264-2165 |
| 5256525 | + | RICHARD P FOCHT, ESQ, SCHOFFSTALL & FOCHT, PC, 2987 CORPORATE COURT, STE 200, OREFIELD, PA 18069-3161 |
| 5256528 | + | SIMPLEX GRINNELL, 4700 WESTPORT DRIVE #1800, MECHANICSBURG, PA 17055-6800 |
| 5256530 | + | SPIRIT PHYSICIAN SERVICES, 205 GRANDVIEW AVE, SUITE 210, CAMP HILL, PA 17011-1708 |
| 5256532 | + | STORAGE DEPOT NORTHEAST INC, 6325 ALLENTOWN BLVD, HARRISBURG, PA 17112-3302 |

| | | |
|---|---|---|
| 5256533 | + | SUEZ HOME SERVER, 7134 LEE HIGHWAY, CHATTANOOGA, TN 37421-1732 |
| 5256534 | + | SUSQUEHANNA TWP AUTH, 1900 LINGLESTOWN RD, HARRISBURG, PA 17110-3301 |
| 5319328 | + | Susquehanna Township Authority, 1900 Linglestown Road, Harrisburg, PA 17110-3301 |
| 5256535 | + | TORRES CREDIT SERVICES, 27 FAIRVIEW ST, PO BOX 189, CARLISLE, PA 17013-0189 |
| 5256536 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI CORP, 225 MORGANTOWN RD, READING, PA 19611 |
| 5256537 | + | UNION DEPOSIT ANESTHESIA, PC, PO BOX 4912, LANCASTER, PA 17604-4912 |
| 5256538 | + | UNITED WATER PENNSYLVANIA, 8189 ADAMS DRIVE, HUMMELSTOWN, PA 17036-8036 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 30 2025 18:36:00 | The Bank of New York Mellon, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2025 18:36:00 | The Bank of New York Mellon, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 30 2025 18:36:00 | The Bank of New York Mellon FKA The Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5256464 | + | Email/Text: bankruptcy@rentacenter.com | Jan 30 2025 18:37:00 | ACCEPTANCE NOW, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 5256465 | | Email/Text: rperez@arcadiarecovery.com | Jan 30 2025 18:36:00 | ACCOUNT RECOVERY BUREAU INC, 645 PENN STREET, STE 400, READING, PA 19601-3559 |
| 5256467 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2025 18:39:39 | AMERICAN FIRST FINANCE, CORPORATE ADDRESS, 3515 N RIDGE RD #200, WICHITA, KS 67205-1206 |
| 5256469 | | ^ MEBN | Jan 30 2025 18:33:36 | ARCADIA, PO BOX 6768, READING, PA 19610-0768 |
| 5256470 | + | EDI: ATTWIREBK.COM | Jan 30 2025 23:34:00 | AT&T MOBILITY, 15901 E SKELLY DRIVE (PHILA), TULSA, OK 74116-2809 |
| 5274393 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2025 18:39:48 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5256471 | + | Email/Text: BGEBankruptcy@BGE.com | Jan 30 2025 18:36:00 | BALTIMORE GAS & ELECTRIC, CORRSPONDENCE, PO BOX 1475, BALTIMORE, MD 21203-1475 |
| 5256472 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 30 2025 18:37:00 | BERKS CREDIT & COLLECTIONS INC, PO BOX 329, TEMPLE, PA 19560-0329 |
| 5256473 | | Email/Text: Bankruptcy@BAMcollections.com | Jan 30 2025 18:36:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5256476 | | ^ MEBN | Jan 30 2025 18:33:31 | CBCS, PO BOX 2589, COLUMBUS, OH 43216-2589 |
| 5256479 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2025 18:36:00 | CITIZENS BANK, ONE CITIZENS DR, RIVERSIDE, RI 02915 |
| 5256481 | + | EDI: COMCASTCBLCENT | Jan 30 2025 23:34:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5256483 | | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jan 30 2025 18:37:00 | COMM OF PA DEPT L&I, READING B&C UNIT UTCS, 625 CHERRY ST ROOM 203, READING, PA 19602-1152 |
| 5256488 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jan 30 2025 18:36:00 | COMPUTER CREDIT, INC, CLAIM DEPT 009696, 470 W HANES MILL ROAD, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5256489 | + | EDI: CCS.COM | | |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | Jan 30 2025 23:34:00 | CREDIT COLL, PO BOX 9134, NEEDHAM, MA 02494-9134 |
| 5256490 | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2025 18:39:31 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5256491 | + EDI: MAXMSAIDV | Jan 30 2025 23:34:00 | DPT ED/OSLA, 525 CENTRAL PARK DRIVE, OKLAHOMA CITY, OK 73105-1723 |
| 5271459 | EDI: DIRECTV.COM | Jan 30 2025 23:34:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5256492 | + Email/Text: bankruptcydepartment@tsico.com | Jan 30 2025 18:36:00 | EOS CCA, 700 LONGWATER DRIVE, NORWELL, MA 02061-1624 |
| 5256493 | + EDI: AMINFOFP.COM | Jan 30 2025 23:34:00 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5256495 | Email/Text: Banko@frontlineas.com | Jan 30 2025 18:37:00 | FRONTLINE ASSET STRATEGIES, 2700 SNELLING AVENUE NORTH, STE 250, ROSEVILLE, MN 55113-1783 |
| 5256496 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 30 2025 18:36:00 | GREAT LAKES HIGHER EDUCATION, 2401 INTERNATIONAL DRIVE, MADISON, WI 53704-3192 |
| 5256500 | + EDI: LCIICSYSTEM | Jan 30 2025 23:34:00 | IC SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 5256501 | EDI: IRS.COM | Jan 30 2025 23:34:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5256478 | Email/Text: info@pamd13trustee.com | Jan 30 2025 18:36:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5256512 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2025 18:36:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5256513 | Email/Text: mmrgbk@miramedrg.com | Jan 30 2025 18:36:00 | MIRAMEDREVGRP, BANKRUPTCY NOTICES, 360 E 22ND STREET, LOMBARD, IL 60148-4924 |
| 5277170 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2025 18:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5256515 | + Email/Text: Bankruptcies@nragroup.com | Jan 30 2025 18:37:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5256516 | ^ MEBN | Jan 30 2025 18:33:58 | PA TURNPIKE COMMISSION, VIOLATION PROCESSING CENTER, 300 EAST PARK DRIVE, HARRISBURG, PA 17111-2729 |
| 5256517 | ^ MEBN | Jan 30 2025 18:33:42 | PARKER McCAY, P.A., 9000 MIDATLANTIC DRIVE STE 300, PO BOX 5054, MOUNT LAUREL, NJ 08054-5054 |
| 5256522 | ^ MEBN | Jan 30 2025 18:33:54 | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5272499 | EDI: PENNDEPTREV | Jan 30 2025 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5272499 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2025 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5277976 | + EDI: JEFFERSONCAP.COM | Jan 30 2025 23:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5256526 | ^ MEBN | Jan 30 2025 18:33:35 | RUSHMORE SERVICE CENTER, PO BOX 5507, SIOUX FALLS, SD 57117 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5256527 | | Email/Text: enotifications@santanderconsumerusa.com<br>Jan 30 2025 18:36:00 | | SANTANDER CONSUMER USA, BANKRUPTCY DEPARTMENT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5256531 | | Email/Text: amieg@stcol.com<br>Jan 30 2025 18:36:00 | | STATE COLLS, 2509 S STOUGHTON ROAD, MADISON, WI 53716 |
| 5373006 | + | Email/Text: enotifications@santanderconsumerusa.com<br>Jan 30 2025 18:36:00 | | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5256529 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Jan 30 2025 18:36:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5647391 | + | Email/Text: mtgbk@shellpointmtg.com<br>Jan 30 2025 18:36:00 | | The Bank of New York Mellon FKA The Bank of, New York,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, The Bank of New York Mellon FKA The Bank 29603-0826 |
| 5647390 | + | Email/Text: mtgbk@shellpointmtg.com<br>Jan 30 2025 18:36:00 | | The Bank of New York Mellon FKA The Bank of, New York,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5405862 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Jan 30 2025 18:36:00 | | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5283323 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Jan 30 2025 18:36:00 | | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5256539 | ^ | MEBN<br>Jan 30 2025 18:33:45 | | UPMC PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 5256540 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Jan 30 2025 18:36:00 | | USDOE/GLELSI, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |
| 5256541 | | EDI: VERIZONCOMB.COM<br>Jan 30 2025 23:34:00 | | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5277365 | | EDI: AIS.COM<br>Jan 30 2025 23:34:00 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5256506 | | KAPLAN /3251 BUTLER STREET LLC, RETURNED MAIL, NO ADDRESS |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5256503 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5256518 | ##+ | PENN CREDIT CORP, 916 S 14TH STREET, HARRISBURG, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10 c/o Hill Wallack apattison@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Michelle Charlene Rascoe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Larry Donnell Rascoe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Et Al... bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Larry Donnell Rascoe karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 2 Michelle Charlene Rascoe karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Larry Donnell Rascoe<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6756<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Michelle Charlene Rascoe<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2247<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04360-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Larry Donnell Rascoe  
aka Larry Donnell Rascoe Sr

Michelle Charlene Rascoe  
aka Michelle Rascoe

1/30/25

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2